IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DALE LEFEBVRE, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 23-167-MN |
| EXTRABUX, INC., | ) ) ) | |
| Defendant. | ) ) | |

**STIPULATION AND [PROPOSED] ORDER TO STAY DEADLINES**

WHEREAS, Plaintiff Dale LeFebvre and Defendant Extrabux, Inc. (collectively, the "Parties") have reached an agreement in principle to resolve all claims, counterclaims, and defenses asserted by both sides in this case; and

WHEREAS, the Parties are in the process of finalizing a settlement agreement and have agreed to stay this action in order to provide time to finalize and execute the agreement.

THE PARTIES HEREBY STIPULATE AND AGREE, subject to the approval of the Court, that the above-captioned action is stayed for 30 days, until December 4, 2024. Should a stipulation of dismissal not be filed on or before December 4, 2024, the Parties shall file a status report advising on the status of the finalized settlement agreement.

Dated:  November 4, 2024

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ Colin A. Keith | /s/ Rodger D. Smith II |
| Pilar G. Kraman  (No. 5199) | Rodger D. Smith II (No. 3778) |
| Alexis N. Stombaugh (No. 6702) | Lucinda C. Cucuzzella (No. 3491) |
| Colin A. Keith (No. 7074) | 1201 North Market Street |
| Rodney Square | P.O. Box 1347 |
| 1000 *North* King Street | Wilmington, DE 19801 |
| Wilmington, DE  19801 | (302) 658-9200 |
| (302) 571-6600 | rsmith@morrisnichols.com |
| pkraman@ycst.com | ccucuzzella@morrisnichols.com |
| astombaugh@ycst.com | |
| ckeith@ycst.com | |
| | *Of Counsel:* |
| *Of Counsel*: | |
| | Mark A. Thomas |
| David W. Higer | Corbin Robinson |
| Michael D. Karson | Melanie E. King |
| Miranda Y. Jones | ARMSTRONG TEASDALE LLP |
| H. Grant Tucker | 7700 Forsyth Blvd., Suite 1800 |
| Matthew L. Vitale | St. Louis, Missouri 63105 |
| WINSTEAD PC | (314) 621.5070 |
| 2728 N. Harwood Street, Suite 500 | mathomas@atllp.com |
| Dallas, Texas 75201 | crobinson@atllp.com |
| 214-745-5221 | meking@atllp.com |
| dhiger@winstead.com | |
| mkarson@winstead.com | Wenkai Tzeng |
| mjones@winstead.com | Alyssa H. Ruderman |
| gtucker@winstead.com | ARMSTRONG TEASDALE LLP |
| mvitale@winstead.com | 7 Times Square, 44th Floor |
| | New York, NY 10036 |
| *Attorneys for Plaintiff Dale LeFebvre* | (212) 209-4400 |
| | wtzeng@atllp.com |
| | aruderman@atllp.com |
| | |
| | *Attorneys for Defendant Extrabux, Inc.* |

SO ORDERED, this ___ day of _____, 2024

_____
The Honorable Maryellen Noreika