IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DALE LEFEBVRE, ) | |
| ) | |
| Plaintiff, ) | C.A. No. 23-167-MN |
| v. ) | |
| ) | |
| EXTRABUX, INC., ) | |
| ) | |
| Defendant. ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties, by and through their respective counsel, hereby stipulate to the dismissal of this action **with** prejudice, including all claims and counterclaims, with each party to bear its own attorneys' fees and costs.

Dated: January 3, 2025

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ Colin A. Keith | /s/ Rodger D. Smith II |
| Pilar G. Kraman (No. 5199) | Rodger D. Smith II (No. 3778) |
| Alexis N. Stombaugh (No. 6702) | Lucinda C. Cucuzzella (No. 3491) |
| Colin A. Keith (No. 7074) | 1201 North Market Street |
| Rodney Square | P.O. Box 1347 |
| 1000 North King Street | Wilmington, DE 19801 |
| Wilmington, DE 19801 | (302) 658-9200 |
| (302) 571-6600 | rsmith@morrisnichols.com |
| pkraman@ycst.com | ccucuzzella@morrisnichols.com |
| astombaugh@ycst.com | |
| ckeith@ycst.com | *Attorneys for Defendant Extrabux, Inc.* |
| | |
| *Attorneys for Plaintiff Dale LeFebvre* | |

SO ORDERED this 6th day of January 2025

_____
The Honorable Maryellen Noreika
United States District Judge